| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0758 3:18-CR-00028-JDP-003 |
| | | DOCKET NUMBER (Rec. Court) |
| | | **23-TP-20021-MARTINEZ** |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Pedro Lorenzo-Concepcion<br>Miami, Florida | Western Wisconsin | Madison |

FILED BY __MM__ D.C.
Feb 24, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| NAME OF SENTENCING JUDGE |
|---|
| Honorable James D. Peterson |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/29/2021 | 12/28/2024 |

**OFFENSE**

Count 1: Conspiracy to Commit Access Device Fraud, a Class C felony; in violation of 18 U.S.C. § 1029 (b)(2).

Count 4: Possess 15 or More Counterfeit Access Devices, a Class C felony; in violation of 18 U.S.C. § 1029 (a)(3).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

__January 12, 2023__   _[signature]_
Date                           United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern District of Florida**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

__2/15/23__   _[signature]_
Effective Date                 United States District Judge

| | DEFENDANT: | PEDRO LORENZO-CONCEPCION | |
|---|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | CASE NUMBER: | 0758 3:18CR00028-003 | Judgment - Page 1 |

# United States District Court
## Western District of Wisconsin

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:** 0758 3:18CR00028-003 |
| Pedro Lorenzo-Concepcion | **Defendant's Attorney:** Kelly Welsh |

The defendant, Pedro Lorenzo-Concepcion, pled guilty to Counts 1 and 4 of the indictment.

Count 5 of the indictment is dismissed on the motion of the United States.

The defendant has been advised of his right to appeal.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud, Class C felony | September 12, 2016 | 1 |
| 18 U.S.C. § 1029(a)(3) | Possess 15 or More Counterfeit Access Devices, Class C felony | September 12, 2016 | 4 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| **Defendant's Date of Birth:** | ▓▓▓▓ 1980 | November 7, 2018 |
|---|---|---|
| **Defendant's USM No.:** | 76797-004 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | ▓▓▓▓▓▓▓▓▓▓ Miami, FL ▓▓▓▓ | /s/ James D. Peterson |
| **Defendant's Mailing Address:** | Same as above | James D. Peterson |
| | | District Judge |
| | | November 14, 2018 |
| | | Date Signed: |

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: PEDRO LORENZO-CONCEPCION<br>CASE NUMBER: 0758 3:18CR00028-003 | Judgment - Page 2 |

# IMPRISONMENT

As to Counts 1 and 4 of the indictment, it is adjudged that the defendant is committed to the custody of the Bureau of Prisons for 46 months on each count, to run concurrently. I recommend that the defendant receive educational and vocational programming, substance abuse counseling, a mental health assessment, and the defendant be afforded prerelease placement in a residential reentry center with work release privileges.

The defendant is in primary federal custody. The defendant has a pending case for forgery, fraud, and theft related to the fraudulent use of credit cards in Lake County, Indiana, Circuit Court Case No. 45-G03-1611-F6-00246. According to the U.S. Supreme Court ruling in *Setser v. United States,* 132 S.Ct. 1463 (2012), I will stand silent on how any sentence that may possibly be imposed in that case should run.

The U.S. Probation Office is to notify local law enforcement agencies, and the state attorney general, of defendant's release to the community.

The probation officer is directed to send the U.S. Immigration and Customs Enforcement a copy of this judgment and is to provide the Court with a copy of the transmittal letter.

# RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: PEDRO LORENZO-CONCEPCION<br>CASE NUMBER: 0758 3:18CR00028-003 | Judgment - Page 3 |

# SUPERVISED RELEASE

The terms of imprisonment are to be followed by 3-year terms of supervised release on each count. These terms are to run concurrently pursuant to 18 U.S.C. § 3624(e). In light of the nature of the offense and the defendant's personal history, I adopt condition numbers 1 through 9, 11, and 12 through 19 as proposed and justified in the presentence report.

If, when the defendant is released from confinement to begin his term of supervised release, either the defendant or the supervising probation officer believes that any of the conditions imposed today are no longer appropriate, either one may petition the Court for review.

Although the instant offense is not drug related, the defendant has a history of drug use. The mandatory drug testing as set forth at 18 U.S.C. § 3583(d) is not waived. Treatment and drug testing are addressed in condition number 17.

Defendant is to abide by the statutory mandatory conditions.

### Statutory Mandatory Conditions

Defendant shall report to the probation office in the district to which defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Defendant shall not commit another federal, state, or local crime.

Defendant shall not illegally possess a controlled substance.

If defendant has been convicted of a felony, defendant shall not possess a firearm, destructive device, or other dangerous weapon while on supervised release.

Defendant shall cooperate with the collection of DNA by the U.S. Justice Department and/or the U.S. Probation and Pretrial Services Office as required by Public Law 108-405.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

Defendant shall comply with the standard and special conditions that have been adopted by this court.

### Standard Conditions of Supervision

1) Defendant shall not knowingly leave the judicial district in which defendant is being supervised without the permission of the Court or probation officer;

2) Defendant is to report to the probation office as directed by the Court or probation officer and shall submit a complete written report within the first five days of each month, answer inquiries by the probation officer, and follow the officer's instructions. The monthly report and the answer to inquiries shall be truthful in all respects unless a fully truthful statement would tend to incriminate defendant, in violation of defendant's constitutional rights, in which case defendant has the right to remain silent;

3) Defendant shall maintain lawful employment, seek lawful employment, or enroll and participate in a course of study or vocational training that will equip defendant for suitable employment, unless excused by the probation officer or the Court;

Case 3:18-cr-00028-jd Document 66 Filed 11/15/22 Page 5 of 7

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: PEDRO LORENZO-CONCEPCION<br>CASE NUMBER: 0758 3:18CR00028-003 | Judgment - Page 4 |

4) Defendant shall notify the probation officer within seventy-two hours of any change in residence, employer, or any change in job classification;

5) Defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

6) Defendant shall not visit places where defendant knows or has reason to believe controlled substances are illegally sold, used, distributed, or administered;

7) Defendant shall not meet, communicate, or spend time with any persons defendant knows to be engaged in criminal activity or planning to engage in criminal activity;

8) Defendant shall permit a probation officer to visit defendant at home, work, or at some other mutually convenient location designated by the probation officer at any reasonable time and shall permit confiscation of any contraband observed in plain view by the probation officer;

9) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

10) Not imposed;

11) As directed by the probation officer, defendant shall notify employers and third parties providing volunteer opportunities, where defendant has any kind of fiduciary responsibility, of the defendant's criminal record. The probation officer may also take steps to confirm defendant's compliance with this notification requirement or provide such notifications directly.

**Special Conditions of Release**

12) Provide the supervising U.S. Probation Officer any and all requested financial information, including copies of state and federal tax returns.

13) Refrain from incurring new credit charges, opening additional lines of credit, or opening other financial accounts without the prior approval of the supervising U.S. Probation Officer.

14) Not transfer, give away, sell or otherwise convey any asset worth more than $200 without the prior approval of the supervising U.S. Probation Officer.

15) Refrain from seeking or maintaining any employment that includes unsupervised financial or fiduciary-related duties without the prior approval of the supervising U.S. Probation Officer.

16) Submit person, property, residence, papers, vehicle, or office to a search conducted by a U.S. Probation Officer at a reasonable time and manner, whenever the probation officer has reasonable suspicion of contraband or of the violation of a condition of release relating to substance abuse or illegal activities; failure to submit to a search may be a ground for revocation; defendant shall warn any other residents that the premises defendant is occupying may be subject to searches pursuant to this condition.

17) Participate in substance abuse treatment. If defendant is eligible for funding from any source to cover the cost of treatment, defendant is to make reasonable efforts to obtain such funding. Participation in treatment does not require payment by defendant unless it is clear defendant can afford it. Defendant shall submit to drug testing beginning within 15 days of defendant's release and 60 drug tests annually thereafter. The probation office may utilize the Administrative Office of the U.S. Courts' phased collection process.

18) Participate in mental health referral, assessment, and treatment as approved by the supervising U.S. Probation Officer and comply with all rules, regulations, and recommendations of the mental health agency or its representative to the extent approved by the supervising U.S. Probation Officer. If defendant is eligible for funding from any source to cover the cost of treatment, defendant is to make reasonable efforts to obtain such funding. Participation in treatment does not require

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: PEDRO LORENZO-CONCEPCION<br>CASE NUMBER: 0758 3:18CR00028-003 | Judgment - Page 5 |

payment by defendant unless it is clear defendant can afford it.

19) Comply with the rules and regulations of the U.S. Immigration and Customs Enforcement under the United States Department of Homeland Security and if deported or excluded from the United States, either voluntarily or involuntarily, not reenter the United States without legal permission. If reentry into the United States occurs, defendant shall report to the nearest probation office within 72 hours.

ACKNOWLEDGMENT OF CONDITIONS

I have read or have had read to me the conditions of supervision set forth in this judgment, and I fully understand them. I have been provided a copy of them. I understand that upon finding a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____     _____
Defendant                                                    Date

_____     _____
U.S. Probation Officer                                    Date

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: PEDRO LORENZO-CONCEPCION<br>CASE NUMBER: 0758 3:18CR00028-003 | Judgment - Page 6 |

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $28,456.39 |
| 4 | $100.00 | | |
| **Total** | $200.00 | $0.00 | $28,456.39 |

It is adjudged that the defendant is to pay a $100.00 criminal assessment penalty on each count for a total of $200.00 to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

The defendant does not have the means to pay a fine under § 5E1.2(c) without impairing his ability to support himself and his family upon release from custody.

Under the provisions of 18 U.S.C. § § 982(a)(2)(B) and 1029(c)(l)(C) and 21 § U.S.C. 853, a final order of forfeiture is granted for the property reflected in the forfeiture order docketed at Number 77 as noted below:

    a. 66 Home Depot gift cards recovered in Mauston, Wisconsin, on September 12, 2016, and the $6,225.80 collected from the value of those cards;

    b. 23 Walmart gift cards recovered in Mauston, Wisconsin, on September 12,2016, and the $3,450.09 collected from the value of those cards;

    c. 15 Hooters gift cards recovered in Mauston, Wisconsin, on September 12, 2016, and the $205.00 collected from the value of those cards;

    d. 10 Vanilla brand Mastercard gift cards recovered in Mauston, Wisconsin on September 12, 2016, and the $599.32 collected from the value of those cards; and

    e. An additional $13,000.00 in United States currency representing the funds paid by Incomm Financial Services to recover the value of additional Vanilla Mastercard gift cards recovered in Mauston, Wisconsin, on September 12, 2016.

# RESTITUTION

The defendant is to pay mandatory restitution in the amount of $28,456.39 to the U.S. Clerk of Court for the Western District of Wisconsin to be disbursed to the victims as indicated in Appendix B of the presentence report. The defendant's restitution obligation is joint and several with that of Jorge Consuegra-Rojas and any other co-conspirator ordered to make restitution in this case.

The defendant does not have the economic resources to allow himself to make full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), he is to begin making nominal payments of a minimum of $100.00 each month, beginning within 30 days of his release.

The defendant shall notify the court and the United States Attorney General of any material change in the defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: PEDRO LORENZO-CONCEPCION<br>CASE NUMBER: 0758 3:18CR00028-003 | Judgment - Page 7 |

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

       (1) assessment;
       (2) restitution;
       (3) fine principal;
       (4) cost of prosecution;
       (5) interest;
       (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED, INTERPRETER,

# U.S. District Court
## Western District of Wisconsin (Madison)
### CRIMINAL DOCKET FOR CASE #: 3:18-cr-00028-jdp-3

Case title: United States of America v. Consuegra-Rojas, Jorge et al

Date Filed: 02/15/2018

Date Terminated: 11/01/2018

Assigned to: District Judge James D. Peterson
Referred to: Magistrate Judge Stephen L. Crocker

**Defendant (3)**

**Pedro Lorenzo-Concepcion**
#76797-004
Rivers - CI
P.O. Box 630
Winton, NC 27986
*TERMINATED: 11/01/2018*

represented by

**Thomas W. Patton**
Federal Public Defender
401 Main Street
Peoria, IL 61602
309-671-7891
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kelly A. Welsh**
Law Office of Kelly A. Welsh, LLC
3902 Milwaukee Street, #8730
Madison, WI 53708
608-630-8008
Email: lawofficekellywelsh@gmail.com
*TERMINATED: 12/10/2018*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:1029B.F ATTEMPTS TO COMMIT AN OFFENSE
(1)

18:1029A.F PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE

**Disposition**

46 months CBOP and 3 years S/R, concurrent with Count 4, $100 CA, $28,456.39 Restitution, joint and several with co-defendants

46 months CBOP and 3 years S/R, concurrent with Count 1, $100 CA

(4)

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1029A.F PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (5) | Dismissed on Government Motion |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**United States of America**   represented by   **Aaron Wegner**
United States Attorney's Office
222 West Washington Avenue
Suite 700
Madison, WI 53703
608-264-5158
Fax: 608-264-5054
Email: aaron.wegner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2018 | 1 | INDICTMENT as to Jorge Consuegra-Rojas (1) count(s) 1, 4-5, Janoy Garcia-Prieto (2) count(s) 1, 2-5, Pedro Lorenzo-Concepcion (3) count(s) 1, 4-5. (kwf) (Entered: 02/15/2018) |
| 02/15/2018 | 4 | JS-45 Criminal Cover Sheet as to Pedro Lorenzo-Concepcion. (kwf) (Entered: 02/15/2018) |
| 02/15/2018 | 7 | Warrant Issued as to Defendant Pedro Lorenzo-Concepcion. Delivered to USMS for service. (kwf) (Entered: 02/15/2018) |
| 03/02/2018 | | Arrest of Pedro Lorenzo-Concepcion in Southern District of Florida, Miami Division. (kwf) (Entered: 03/02/2018) |
| 03/02/2018 | 11 | Rule 5(c)(3) Documents Received as to Pedro Lorenzo-Concepcion from Southern District of Florida, Miami Division. (Attachments:<br># 1 Minute Order re: Initial Appearance, |

| | | |
|---|---|---|
| | | # 2 Invocation of Rights to Silence and Counsel,<br># 3 Minute Entry re: Detention/Removal Hearing,<br># 4 Order of Removal,<br># 5 *Nebbia* Proffer,<br># 6 Stipulation and Order re: *Nebbia* Conditions,<br># 7 Appearance Bond) (kwf) (Entered: 03/02/2018) |
| 03/02/2018 | 12 | Redacted Indictment as to Jorge Consuegra-Rojas and Pedro Lorenzo-Concepcion. (arw) (Entered: 03/02/2018) |
| 03/06/2018 | 14 | Notice of Attorney Appearance: Kelly A. Welsh appearing for Pedro Lorenzo-Concepcion. Counsel are requested to file the Interpreter Request or Waiver by 3/12/2018. (Welsh, Kelly) (Entered: 03/06/2018) |
| 03/06/2018 | 15 | Warrant Returned Executed as to Pedro Lorenzo-Concepcion. (kwf) (Entered: 03/06/2018) |
| 03/08/2018 | 16 | Interpreter Requested. Defendant Pedro Lorenzo-Concepcion needs an interpreter. (Welsh, Kelly) (Entered: 03/08/2018) |
| 03/09/2018 | | Arraignment/Initial Appearance set as to defendant Jorge Consuegra-Rojas, Pedro Lorenzo-Concepcion. Arraignment set for 3/15/2018 at 10:30 AM. (cak) (Entered: 03/09/2018) |
| 03/14/2018 | 19 | Pretrial Services Report as to Pedro Lorenzo-Concepcion (Sealed) (slg) (Entered: 03/14/2018) |
| 03/14/2018 | 21 | Waiver of Appearance at Arraignment by Pedro Lorenzo-Concepcion. (Welsh, Kelly) (Entered: 03/14/2018) |
| 03/15/2018 | 23 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Arraignment held on 3/15/2018: Not Guilty plea entered re: Pedro Lorenzo-Concepcion (3) Counts 1,4-5. [:20] Pretrial motions due 5/24/2018. Pretrial Motion Hearing set for 5/31/2018 at 11:00 AM. Final Pretrial Submissions due 7/24/2018. Final Pretrial Conference set for 7/26/2018 at 11:00 AM. Final Hearing set for 8/8/2018 at 03:00 PM. Jury Selection and Trial set for 8/13/2018 at 09:00 AM. (Court Reporter FTR.) (jat) (Entered: 03/15/2018) |
| 03/20/2018 | 25 | ORDER Setting Conditions of Release as to Pedro Lorenzo-Concepcion. Signed by Magistrate Judge Stephen L. Crocker on 3/15/2018. (kwf) (Entered: 03/20/2018) |
| 03/21/2018 | 26 | Scheduling Order as to Jorge Consuegra-Rojas and Pedro Lorenzo-Concepcion. Signed by Magistrate Judge Stephen L. Crocker on 3/21/2018. (kwf) (Entered: 03/21/2018) |
| 04/16/2018 | 27 | Government Discovery Letter by Aaron Wegner on behalf of United States of America as to Jorge Consuegra-Rojas, Pedro Lorenzo-Concepcion. (Wegner, Aaron) (Entered: 04/16/2018) |
| 04/26/2018 | 28 | Probation Form 8 with Order Taking No Action on Conditions of Release as to Pedro Lorenzo-Concepcion. Signed by Magistrate Judge Stephen L. Crocker on 4/26/2018. (kwf) (Entered: 04/26/2018) |
| 05/23/2018 | 30 | Letter stating no pretrial motions to be filed by Pedro Lorenzo-Concepcion. (Welsh, Kelly) (Entered: 05/23/2018) |

| | | |
|---|---|---|
| 05/23/2018 | | Deadlines set as to defendant Pedro Lorenzo-Concepcion. Pretrial Motion Hearing set for 5/31/2018 at 11:00 AM before Magistrate Judge Stephen L. Crocker changed to telephonic. Counsel for the Government is responsible for setting up the call to chambers at (608) 264-5153. (cak) (Entered: 05/23/2018) |
| 05/31/2018 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Telephone Pretrial Motion Hearing as to Pedro Lorenzo-Concepcion held on 5/31/2018 [:05] (skv) (Entered: 05/31/2018) |
| 06/04/2018 | 33 | Pretrial Motion Hearing Order as to Pedro Lorenzo-Concepcion. Signed by Magistrate Judge Stephen L. Crocker on 6/4/2018. (kwf) (Entered: 06/04/2018) |
| 06/13/2018 | 34 | PLEA AGREEMENT as to Pedro Lorenzo-Concepcion. (Wegner, Aaron) (Entered: 06/13/2018) |
| 06/19/2018 | 35 | Motion for Alternative Victim Notification by United States of America as to Jorge Consuegra-Rojas, Janoy Garcia-Prieto, Pedro Lorenzo-Concepcion. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments:<br># 1 Text of Proposed Order) (Wegner, Aaron) (Entered: 06/19/2018) |
| 06/20/2018 | 36 | ORDER granting 35 Motion for Alternative Victim Notification as to Jorge Consuegra-Rojas (1), Janoy Garcia-Prieto (2), Pedro Lorenzo-Concepcion (3). Signed by District Judge James D. Peterson on 6/20/2018. (kwf) (Entered: 06/20/2018) |
| 06/26/2018 | 37 | Letter *Regarding Plea and Sentencing* by Pedro Lorenzo-Concepcion. (Welsh, Kelly) (Entered: 06/26/2018) |
| 06/28/2018 | 38 | ** TEXT ONLY ORDER **<br>ORDER granting 37 Letter *Request for Combined Plea and Sentencing* as to Pedro Lorenzo-Concepcion. Signed by District Judge James D. Peterson on 6/28/2018. (kwf) (Entered: 06/28/2018) |
| 06/28/2018 | | Plea and Sentencing set as to defendant Pedro Lorenzo-Concepcion. Presentence Report due 9/17/2018. Objections to PSR due 10/9/2018. Plea and Sentencing set for 10/25/2018 at 11:00 AM. (kwf) (Entered: 06/28/2018) |
| 06/29/2018 | | Plea and Sentencing reset as to defendant Pedro Lorenzo-Concepcion. Plea and Sentencing reset from 10/25/2018 to 10/30/2018 at 11:00 AM at the request of AFD Welsh. (kwf) (Entered: 06/29/2018) |
| 07/17/2018 | 39 | Probation Form 8 with Order Taking No Action on Conditions of Release as to Pedro Lorenzo-Concepcion. Signed by Magistrate Judge Stephen L. Crocker on 7/17/2018. (kwf) (Entered: 07/17/2018) |
| 09/17/2018 | 58 | PRESENTENCE INVESTIGATION REPORT as to Pedro Lorenzo-Concepcion (Sealed) (Phelps, Amanda) (Entered: 09/17/2018) |
| 09/19/2018 | 59 | Probation Form 8 with Order Issuing Summons as to Pedro Lorenzo-Concepcion. Signed by District Judge James D. Peterson on 9/19/2018. (kwf) (Entered: 09/19/2018) |
| 09/21/2018 | 60 | Summons Issued in case as to Pedro Lorenzo-Concepcion. Delivered to USP for service. Initial Appearance on Revocation Proceedings set for 10/3/2018 at 11:30 AM before Magistrate Judge Stephen L. Crocker. (kwf) (Entered: 09/21/2018) |
| 09/28/2018 | 61 | Summons Returned Executed on 9/27/2018 as to Pedro Lorenzo-Concepcion. (kwf) (Entered: 09/28/2018) |

| | | |
|---|---|---|
| 10/03/2018 | 62 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Initial Appearance on Revocation as to Pedro Lorenzo-Concepcion held on 10/3/2018. Defendant detained. [:32] (Court Reporter FTR.) (jls) (Entered: 10/03/2018) |
| 10/04/2018 | 63 | Letter Stating No Objections to 58 Presentence Investigation Report by USA re: Pedro Lorenzo-Concepcion. (Wegner, Aaron) (Entered: 10/04/2018) |
| 10/09/2018 | 64 | Objection to 58 Presentence Investigation Report by Pedro Lorenzo-Concepcion. (Sealed) (Welsh, Kelly) (Entered: 10/09/2018) |
| 10/23/2018 | 66 | REVISED PRESENTENCE INVESTIGATION REPORT as to Pedro Lorenzo-Concepcion (Sealed) (Phelps, Amanda) (Entered: 10/23/2018) |
| 10/23/2018 | 67 | Addendum to 66 Presentence Investigation Report as to Pedro Lorenzo-Concepcion (Sealed) (Phelps, Amanda) (Entered: 10/23/2018) |
| 10/25/2018 | 69 | Sentencing Memorandum by United States of America as to Pedro Lorenzo-Concepcion. (Wegner, Aaron) (Entered: 10/25/2018) |
| 10/25/2018 | 70 | Sentencing Memorandum by Pedro Lorenzo-Concepcion. (Welsh, Kelly) (Entered: 10/25/2018) |
| 10/30/2018 | 71 | Minute Entry for proceedings held before District Judge James D. Peterson: Plea and Sentence Hearing held on 10/30/2018 for Pedro Lorenzo-Concepcion (3), Count 1, 46 months CBOP and 3 years S/R, concurrent with Count 4, $100 C/A, $28,456.39 Restitution, joint and several with co-defendants; Count 4, 46 months CBOP and 3 years S/R, concurrent with Count 1, $100 C/A, $28,456.39 Restitution, joint and several with co-defendants; Count 5, dismissed on government motion. [1:20] (Court Reporter JD) (arw) (Entered: 10/30/2018) |
| 11/01/2018 | 72 | JUDGMENT AND COMMITMENT as to Pedro Lorenzo-Concepcion (3), Count 1, 46 months CBOP and 3 years S/R, concurrent with Count 4, $100 CA, $28,456.39 Restitution, joint and several with co-defendants; Count 4, 46 months CBOP and 3 years S/R, concurrent with Count 1, $100 CA; Count 5, Dismissed on Government Motion. (Sealed Document) Signed by District Judge James D. Peterson on 10/30/2018. (kwf) (Entered: 11/01/2018) |
| 11/01/2018 | 73 | JUDGMENT AND COMMITMENT - Redacted as to Pedro Lorenzo-Concepcion. Signed by District Judge James D. Peterson on 11/1/2018. (kwf) (Entered: 11/01/2018) |
| 11/01/2018 | 74 | Statement of Reasons as to Pedro Lorenzo-Concepcion. (Sealed) (kwf) (Entered: 11/01/2018) |
| 11/01/2018 | 75 | Transcript of Plea and Sentencing Hearing, held 10/30/2018 as to Pedro Lorenzo-Concepcion before District Judge James D. Peterson. Court Reporter: JD. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (kwf) (Entered: 11/01/2018) |
| 11/01/2018 | 76 | Motion for Forfeiture of Property *(Preliminary)* by United States of America as to Pedro Lorenzo-Concepcion, (Attachments:<br># 1 Text of Proposed Order) (Wegner, Aaron) Modified on 11/2/2018. (lak) (Entered: 11/01/2018) |
| 11/02/2018 | 77 | Preliminary Order of Forfeiture as to Pedro Lorenzo-Concepcion (3). Signed by District Judge James D. Peterson on 11/2/2018. (kwf) (Entered: 11/02/2018) |

| | | |
|---|---|---|
| 11/07/2018 | 78 | Motion to Amend/Correct 73 Judgment and Commitment by United States of America as to Pedro Lorenzo-Concepcion, (Attachments: <br> # 1 Text of Proposed Order) (Wegner, Aaron) (Entered: 11/07/2018) |
| 11/07/2018 | 79 | ORDER granting 78 Motion to Amend 73 Judgment and Commitment as to Pedro Lorenzo-Concepcion (3). Signed by District Judge James D. Peterson on 11/7/2018. (kwf) (Entered: 11/07/2018) |
| 11/08/2018 | 80 | NOTICE OF APPEAL by Pedro Lorenzo-Concepcion. In forma pauperis previously granted. Docketing Statement filed. (Attachments: <br> # 1 Docketing Statement) (Welsh, Kelly) (Entered: 11/08/2018) |
| 11/08/2018 | 81 | Appeal Information Packet. (lak) (Entered: 11/08/2018) |
| 11/08/2018 | 82 | Transmission of Notice of Appeal, Docketing Statement, Judgment and Commitment nd Docket Sheet as to Pedro Lorenzo-Concepcion to US Court of Appeals re: 80 Notice of Appeal, (Attachments: <br> # 1 Docketing Statement, <br> # 2 Judgment and Commitment, <br> # 3 Docket Sheet) (lak) (Entered: 11/08/2018) |
| 11/08/2018 | | USCA Case Number 18-3394 re: 80 Notice of Appeal filed by Pedro Lorenzo-Concepcion. (kwf) (Entered: 11/08/2018) |
| 11/15/2018 | 86 | AMENDED JUDGMENT AND COMMITMENT as to Pedro Lorenzo-Concepcion (3), Count 1, 46 months CBOP and 3 years S/R, concurrent with Count 4, $100 CA, $28,456.39 Restitution, joint and several with co-defendants; Count 4, 46 months CBOP and 3 years S/R, concurrent with Count 1, $100 CA; Count 5, Dismissed on Government Motion. (Sealed Document) Signed by District Judge James D. Peterson on 11/14/2018. (kwf) (Entered: 11/15/2018) |
| 11/15/2018 | 87 | AMENDED JUDGMENT AND COMMITMENT - Redacted as to Pedro Lorenzo-Concepcion. Signed by District Judge James D. Peterson on 11/14/2018. (kwf) (Entered: 11/15/2018) |
| 12/10/2018 | 95 | USCA Order Appointing Attorney Thomas W. Patton for Pedro Lorenzo-Concepcion. (kwf) (Entered: 12/10/2018) |
| 12/28/2018 | 97 | Judgment and Commitment Returned Executed as to Pedro Lorenzo-Concepcion (3) on 12/17/2018. (arw) (Entered: 12/28/2018) |
| 02/04/2019 | 99 | ORDER of USCA dismissing appeal pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f) as to Pedro Lorenzo-Concepcion re: 80 Notice of Appeal. No record to be returned. (Attachments: <br> # 1 Mandate) (kwf) (Entered: 02/04/2019) |
| 03/18/2019 | 103 | Motion for Disbursement of Bond by Daimarys Hernandez Garcia as to Pedro Lorenzo-Concepcion. (Attachments: <br> # 1 Order of Removal from Southern District of Florida) (Sealed) (kwf) (Entered: 03/21/2019) |
| 04/10/2019 | 108 | ORDER granting 103 Motion for Disbursement of Bond by Daimarys Hernandez Garcia as to Pedro Lorenzo-Concepcion (3). Signed by District Judge James D. Peterson on 4/10/2019. (kwf) (Entered: 04/10/2019) |

| Date | Doc # | Description |
|---|---|---|
| 07/08/2019 | 113 | Letter *Requesting Copy of Docket Sheet* by Pedro Lorenzo-Concepcion. (Attachments: # 1 Envelope) (kwf) (Entered: 07/09/2019) |
| 08/05/2019 | 115 | Certificate of Publication by United States of America as to Jorge Consuegra-Rojas, Janoy Garcia-Prieto, Pedro Lorenzo-Concepcion, (Attachments: # 1 Exhibit 1 - Advertisement Certification Report) (Wegner, Aaron) (Entered: 08/05/2019) |
| 09/11/2019 | 120 | Final Motion for Forfeiture of Property by United States of America as to Jorge Consuegra-Rojas, Janoy Garcia-Prieto, Pedro Lorenzo-Concepcion. (Attachments: # 1 Text of Proposed Order) (Wegner, Aaron) (Entered: 09/11/2019) |
| 09/11/2019 | 121 | ORDER granting 120 Final Motion for Forfeiture of Property as to Jorge Consuegra-Rojas (1), Janoy Garcia-Prieto (2), Pedro Lorenzo-Concepcion (3). Signed by District Judge James D. Peterson on 9/11/2019. (kwf) (Entered: 09/11/2019) |
| 10/26/2020 | 129 | Motion for Compassionate Release by Pedro Lorenzo-Concepcion. (Attachments: # 1 Envelope) (kwf) (Entered: 10/28/2020) |
| 10/28/2020 | 130 | Letter *Regarding Petition* by Pedro Lorenzo-Concepcion. (Bugni, Joseph) (Entered: 10/28/2020) |
| 10/28/2020 |  | Set Briefing Deadlines as to 129 Motion for Compassionate Release. Brief in Opposition due 11/4/2020. (kwf) (Entered: 10/28/2020) |
| 11/04/2020 | 131 | Brief in Opposition by United States of America as to Pedro Lorenzo-Concepcion re: 129 Motion for Compassionate Release (Wegner, Aaron) (Entered: 11/04/2020) |
| 11/06/2020 | 132 | ** TEXT ONLY ORDER **<br>Defendant Pedro Lorenzo Concepcion has filed a pro se motion for compassionate release based on the risk of coronavirus at his institution, CI Rivers. Dkt. 129 . As the government explained in its opposition, Dkt. 131 , it appears that defendant has not exhausted his administrative remedies, as required under 18 U.S.C. § 3582(c). But even if he had satisfied the exhaustion requirement, I would deny the motion. Defendant says he has severe asthma, and that he has not been able to get his medical records to provide documentation of his asthma. But the section of his presentence report, Dkt. 66 , that addresses his physical condition does not say anything about asthma. And he does not say that his asthma has gone untreated. I am not persuaded that defendant is at elevated risk of death or serious illness if he were to be infected with COVID-19, or that he is a candidate for compassionate release at this point in his sentence. The motion is denied. Signed by District Judge James D. Peterson on 11/6/2020. (kwf) (Entered: 11/06/2020) |
| 01/18/2023 | 149 | Partially Executed **Order** Transferring Jurisdiction of Supervision to Southern District of Florida as to Pedro Lorenzo-Concepcion. Delivered to USP for service. Signed by District Judge James D. Peterson on 1/12/2023. (acd) (Entered: 01/18/2023) |